## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 625-2 | **DATE** | 8/6/2008 |
| **CASE TITLE** | United States of America vs. Joel D. Perez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 8/6/08. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel. Defendant acknowledges understanding of the charges in the complaint. Government seeks detention. Detention hearing is set for 8/8/08 at 1:15 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|