## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 625-2 | **DATE** | 8/8/2008 |
| **CASE TITLE** | United States of America vs. Joel D. Perez | | |

**DOCKET ENTRY TEXT**

Defendant's oral motion to waive detention hearing without prejudice is granted. Preliminary examination hearing is tenitively set for 9/2/08 at 10:00 a.m. If the defendant chooses to go before the Duty Magistrate before this date, counsel shall notify the court that the 9/2/08 date is unnecessary.

Docketing to mail notices.

00:5

2009 AUG 11 AM 9:07
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|