# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 625 - 2 | **DATE** | 8/15/2008 |
| **CASE TITLE** | USA vs. Joel D Perez | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Enter a finding of probable cause; Order defendant Joel D Perez bound to the District Court for further proceedings. Defendant Perez to remain in federal custody pending further order of the Court.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | rbf |
|---|---|---|