Order Form (01/2005)    Case 1:08-cr-00625   Document 16   Filed 08/15/2008   Page 1 of 1



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 625 - 1-3 | **DATE** | 8/15/2008 |
| **CASE TITLE** | USA vs. Cruz et al | | |

**DOCKET ENTRY TEXT**

Government's oral motion to file the initial complaint as an exhibit in open court is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

08CR625 - 1-3 USA vs. Cruz et al    Page 1 of 1