**United States District Court, Northern District of Illinois**

MAGISTRATE JUDGE COLE

| Name of Assigned Judge or Magistrate Judge | JUDGE NORGLE | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0625 | DATE | September 4, 2008 |
| CASE TITLE | US v. CARLOS A. CRUZ, JOEL D. PEREZ and ALEXANDER VASQUEZ, JR. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

## GRAND JURY PROCEEDING

The Grand Jury for the _____ SPECIAL FEBRUARY 2008-2 _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

FILED

DOCKET ENTRY:

SEP X 4 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

**NO BOND SET, DETAINED BY MAGISTRATE AS TO ALL DEFENDANT.**

FILED
09-04-08
SEP - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

SIGNATURE OF JUDGE _____    (ONLY IF FILED
OR MAGISTRATE JUDGE                              UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| No notices required, advised in open court. | | | | Date docketed | |
| No notices required. | | | | Docketing | |
| Notices mailed by judge's staff. | | | | doty. initials | |
| Notified counsel by telephone. | | | | Date mailed notice | |
| Docketing to mail notices | | | | Mailing | |
| Mail AO 450 form. | | | | dpty. initials | |
| Copy to Judge/magistrate judge. | | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |